01-58 DSD/SRN

The Garnishee sent the original Answer of Garnishee, by first-class mail, to:

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

APDS Paramedical Services - Bill Lee - President
Garnishee

SUBSCRIBED and SWORN to before me this 29th day of September, 2004.

NOTARY PUBLIC

SEAN M. SHEPHERD
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

RECEIVED
BY MAIL
OCT - 1 2004
CLERK US DIST COURT
MINNEAPOLIS MN

SCANNED
OCT 1 2004
U.S. DISTRICT COURT MPLS