U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: United States | COURT CASE NUMBER: 01-58 DSD/SRN |
| DEFENDANT: Stanley W. Hawkerson | TYPE OF PROCESS: Wage Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: APPS Paramedics

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 14451 Highway 7, Minnetonka MN 55345

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Attn: Stacey Kulevich
600 U.S. Courthouse
300 S. 4th St
MPLS, MN 55415

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 1

Check for service on U.S.A.: —

RECEIVED SEP 16 2004 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold

Serve Garnishee First

Serve by 10/7/04

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] Stacey E Kulevich | ☑ PLAINTIFF ☐ DEFENDANT | 612-664-5778 | 9/7/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | [signature] | 9/17/04 |

I hereby certify and return that ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: PATRICK PAHL - GENERAL MANAGER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

| Date of Service | Time |
|---|---|
| 9/20/04 | 12:10 pm |

Signature of U.S. Marshal or Deputy: [signature] Jerry Hermstad

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45— | 10.50 | | 55.50 | | | |

REMARKS: 1 - Hour 28 mi RT

SCANNED OCT 06 2004 U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-58 DSD/SRN

RECEIVED/1
2004 SEP -3 A 11:49
U.S. ATTORNEY
DIST. OF MINN.

UNITED STATES OF AMERICA,

Plaintiff,

v.

STANLEY W. HAWKENSON,

Defendant,

and

APPS PARAMEDICS,

Garnishee.

WRIT OF CONTINUING GARNISHMENT

US MARSHALS SERVICE
MPLS., MN
SEP 7 2 37 PM '04
RECEIVED

TO: APPS Paramedics, 14451 Highway 7, Minnetonka, MN 55345

An application for a Writ of Continuing Garnishment against property of the above-named defendant, Stanley W. Hawkenson, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on May 11, 2001, for Student Loan defaults. As of August 26, 2004, the balance on this judgment debt was $23,087.24 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from August 26, 2004, at the rate of 3.92% per annum.

You, APPS Paramedics, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, Stanley W. Hawkenson, has a substantial non-exempt interest. It is unlawful

for you to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Continuing Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it.

You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at 7535 - 18th Avenue South, Richfield, MN 55423; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Continuing Garnishment, or if you fail to withhold property in accordance with this Writ, the

United States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: August 30, 2004

Susan Richard Nelson
Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 9-2-04

Heather Kolat
Deputy Clerk