PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 02-NOV-2005 FOR: 2000Z01016/001 PAGE: 1 OF 2

DEBTOR: Hawkenson, Stanley W.

COURT NUMBER: 01-58 DSD/SRN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $14,161.65

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0016 | PMNT | WA | 09-DEC-2004 | GR/G | AM. PARA PROFESSION | MN /05/044 | 21400 | | $1,381.98 | 09-DEC-2004 |
| 0017 | PMNT | WA | 27-JAN-2005 | GR/G | APPS | MN /05/073 | 16160 | | $152.17 | 27-JAN-2005 |
| 0018 | PMNT | WA | 10-FEB-2005 | GR/G | APPS | MN /05/082 | 16220 | | $491.07 | 10-FEB-2005 |
| 0019 | PMNT | WA | 23-FEB-2005 | GR/G | Am Para Prof | MN /05/091 | 16233 | | $456.72 | 23-FEB-2005 |
| 0020 | PMNT | WA | 09-MAR-2005 | GR/G | APPS | MN /05/101 | 16289 | | $307.62 | 09-MAR-2005 |
| 0021 | PMNT | WA | 23-MAR-2005 | GR/G | Am Para Professional | MN /05/110 | 16345 | | $505.42 | 23-MAR-2005 |
| 0022 | PMNT | WA | 07-APR-2005 | GR/G | APPS | MN /05/121 | 16447 | | $630.43 | 07-APR-2005 |
| 0023 | PMNT | WA | 20-APR-2005 | GR/G | APPS | MN /05/128 | 16460 | | $406.59 | 20-APR-2005 |
| 0024 | PMNT | WA | 04-MAY-2005 | GR/G | American Para Profes | MN /05/137 | 16518 | | $507.51 | 04-MAY-2005 |
| 0026 | PMNT | WA | 18-MAY-2005 | GR/G | APPS | MN /05/148 | 16575 | | $351.45 | 18-MAY-2005 |
| 0027 | PMNT | WA | 01-JUN-2005 | GR/G | APPS | MN /05/157 | 16634 | | $512.62 | 01-JUN-2005 |
| 0028 | PMNT | WA | 21-JUN-2005 | GR/G | APPS | MN /05/171 | 16693 | | $463.59 | 21-JUN-2005 |
| 0029 | PMNT | WA | 29-JUN-2005 | GR/G | American Para Profes | MN /05/177 | 16751 | | $277.51 | 29-JUN-2005 |
| 0030 | PMNT | WA | 14-JUL-2005 | GR/G | American PARA | MN /05/186 | 16810 | | $502.07 | 14-JUL-2005 |
| 0031 | PMNT | WA | 28-JUL-2005 | GR/G | APPS | MN /05/197 | 16867 | | $503.20 | 28-JUL-2005 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0032 | PMNT | WA | 10-AUG-2005 | GR/G | AM PARA PROFS | MN | /05/207 | 16926 | $189.20 | 10-AUG-2005 |
| 0033 | PMNT | WA | 25-AUG-2005 | GR/G | AM PARA PROFESSIONAL | MN | /05/216 | 16978 | $306.83 | 25-AUG-2005 |
| 0034 | PMNT | WA | 07-SEP-2005 | GR/G | AM PARA PROF | MN | /05/225 | 17035 | $466.36 | 07-SEP-2005 |
| 0035 | PMNT | WA | 21-SEP-2005 | GR/G | APPS SVC | MN | /05/235 | 17089 | $390.72 | 21-SEP-2005 |
| 0036 | PMNT | WA | 05-OCT-2005 | GR/G | American | MN | /06/003 | 17146 | $565.09 | 05-OCT-2005 |
| 0037 | PMNT | WA | 19-OCT-2005 | GR/G | Hawkenson | MN | /06/012 | 17196 | $447.12 | 19-OCT-2005 |

Total Payments for Debtor: $9,815.27