PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-NOV-2005 FOR: 2000Z01016/003 PAGE: 1 OF 2

DEBTOR: Hawkenson, Stanley W.
COURT NUMBER: 01-58 DSD/SRN PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | T | 09-DEC-2004 | GR/G | AM. PARA PROFESSION | MN /05/044 | 21400 | | $193.28 | 09-DEC-2004 |

Total Payments for Debtor: $193.28