PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 02-NOV-2005

FOR: 2000Z01016/004

PAGE: 1 OF 2

DEBTOR: Hawkenson, Stanley W.

COURT NUMBER: 01-58 DSD/SRN

PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 01-MAY-2003 | OT/B | Hawkenson | | #34 | | | $75.00 | 05-MAY-2003 |
| 0003 | PMNT | T | 09-DEC-2004 | GR/G | AM. PARA PROFESSION | MN /05/044 | 21400 | | | $15.00 | 09-DEC-2004 |

Total Payments for Debtor: $90.00