UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-58 DSD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY W. HAWKENSON,<br><br>Defendant,<br><br>APPS PARAMEDICS,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Stanley W. Hawkenson, the judgment debtor, and APPS Paramedics, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Stanley W. Hawkenson.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about September 20, 2004. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about October 1, 2004. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

Pursuant to the Writ of Garnishment, the garnishee has withheld the sums reflected on the attached payment history.

Dated: November 1, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600