# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 30-OCT-2006 FOR: 2000Z01016/001 PAGE: 1 OF 2

DEBTOR: Hawkenson, Stanley W.

COURT NUMBER: 01-58 DSD/SRN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $xxxx

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0038 | PMNT | WA | 03-NOV-2005 | GR/G | American Para | MN /06/024 | 17248 | | $595.58 | 03-NOV-2005 |
| 0039 | PMNT | WA | 16-NOV-2005 | GR/G | American Para | MN /06/029 | 17297 | | $644.09 | 16-NOV-2005 |
| 0040 | PMNT | WA | 30-NOV-2005 | GR/G | American Para | MN /06/039 | 17348 | | $434.76 | 30-NOV-2005 |
| 0041 | PMNT | WA | 14-DEC-2005 | GR/G | American Para Profes | MN /06/049 | 17413 | | $453.39 | 14-DEC-2005 |
| 0042 | PMNT | WA | 28-DEC-2005 | GR/G | APPS | MN /06/059 | 17465 | | $542.42 | 28-DEC-2005 |
| 0043 | PMNT | WA | 11-JAN-2006 | GR/G | AM PARA PROFESSIONAL | MN /06/070 | 17523 | | $442.16 | 11-JAN-2006 |
| 0044 | PMNT | WA | 25-JAN-2006 | GR/G | APPS | MN /06/078 | 17578 | | $303.90 | 25-JAN-2006 |
| 0045 | PMNT | WA | 08-FEB-2006 | GR/G | APPS | MN /06/089 | 17630 | | $407.79 | 08-FEB-2006 |
| 0046 | PMNT | WA | 22-FEB-2006 | GR/G | AM PARA PROF | MN /06/098 | 17686 | | $252.55 | 22-FEB-2006 |
| 0047 | PMNT | WA | 08-MAR-2006 | GR/G | AM PARA PROFESSIONAL | MN /06/109 | 17741 | | $487.17 | 08-MAR-2006 |
| 0048 | PMNT | WA | 22-MAR-2006 | GR/G | APPS | MN /06/119 | 17799 | | $450.59 | 22-MAR-2006 |
| 0049 | PMNT | WA | 05-APR-2006 | GR/G | APPS | MN /06/129 | 17860 | | $495.23 | 05-APR-2006 |
| 0050 | PMNT | WA | 20-APR-2006 | GR/G | APPS | MN /06/141 | 17920 | | $392.07 | 20-APR-2006 |
| 0051 | PMNT | WA | 03-MAY-2006 | GR/G | APPS | MN /06/148 | 17981 | | $422.80 | 03-MAY-2006 |
| 0054 | PMNT | WA | 17-MAY-2006 | GR/G | APPS | MN /06/159 | 18045 | | $458.81 | 17-MAY-2006 |
| 0055 | PMNT | WA | 31-MAY-2006 | GR/G | AM PARA PROF | MN /06/167 | 18101 | | $445.80 | 31-MAY-2006 |
| 0056 | PMNT | WA | 14-JUN-2006 | GR/G | APPS | MN /06/175 | 18151 | | $412.22 | 14-JUN-2006 |
| 0057 | PMNT | WA | 28-JUN-2006 | GR/G | APPS | MN /06/184 | 18203 | | $580.51 | 28-JUN-2006 |
| 0058 | PMNT | WA | 12-JUL-2006 | GR/G | APPS | MN /06/193 | 18258 | | $440.00 | 12-JUL-2006 |
| 0059 | PMNT | WA | 26-JUL-2006 | GR/G | APPS | MN /06/202 | 18319 | | $333.52 | 26-JUL-2006 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 30-OCT-2006 FOR: 2000Z01016/001 PAGE: 2 OF 2

DEBTOR: Hawkenson, Stanley W.

COURT NUMBER: 01-58 DSD/SRN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $xxxx

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0060 | PMNT | WA | 09-AUG-2006 | GR/G | APPS | MN /06/210 | 18372 | | $524.15 | 09-AUG-2006 |
| 0061 | PMNT | WA | 23-AUG-2006 | GR/G | APPS | MN /06/220 | 18425 | | $354.08 | 23-AUG-2006 |
| 0062 | PMNT | WA | 06-SEP-2006 | GR/G | APPS | MN /06/229 | 18479 | | $445.52 | 06-SEP-2006 |
| 0063 | PMNT | WA | 21-SEP-2006 | GR/G | APPS | MN /06/238 | 18536 | | $417.23 | 21-SEP-2006 |
| 0064 | PMNT | WA | 04-OCT-2006 | GR/G | APPS | MN /07/004 | 18592 | | $430.90 | 04-OCT-2006 |
| 0065 | PMNT | WA | 18-OCT-2006 | GR/G | APPS | MN /07/014 | 18650 | | $400.76 | 18-OCT-2006 |

Total Payments for Debtor: $21,383.27