# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 01-58 DSD/SRN |
| STANLEY W. HAWKENSON, | ) | |
| Defendant. | ) | |

I hereby certify that on 11/1/06, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Stanley W. Hawkenson
xxxxx
Bloomington, MN 55437

APPS Paramedics
14451 Highway 7
Minnetonka, MN 55345

s/ Nancy Lair