PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 18-JAN-2007 FOR: 2000Z01016/001 PAGE: 1 OF 1

DEBTOR: Hawkenson, Stanley W.

COURT NUMBER: 01-58 DSD/SRN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0066 | PMNT | WA | 01-NOV-2006 | GR/G | APPS | MN /07/023 | 18712 | | | $423.42 | 01-NOV-2006 |
| 0067 | PMNT | WA | 15-NOV-2006 | GR/G | APPS | MN /07/031 | 18767 | | | $463.00 | 15-NOV-2006 |
| 0068 | PMNT | WA | 29-NOV-2006 | GR/G | APPS | MN /07/040 | 18827 | | | $406.89 | 29-NOV-2006 |
| 0069 | PMNT | WA | 14-DEC-2006 | GR/G | APPS | MN /07/048 | 18888 | | | $404.12 | 14-DEC-2006 |
| 0070 | PMNT | WA | 28-DEC-2006 | GR/G | APPS | MN /07/055 | 18944 | | | $556.68 | 28-DEC-2006 |
| 0071 | PMNT | WA | 18-JAN-2007 | GR/G | APPS | MN /07/067 | 22405 | | | $419.57 | 18-JAN-2007 |

Total Payments for Debtor: $xxxxx