CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ) | Civil No. 01-58 DSD/SRN |
| STANLEY W. HAWKENSON,<br><br>Defendant. | ) | |

I hereby certify that on January 30, 2007 I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Stanley W. Hawkenson
XXXXX
Bloomington, MN 55437

APPS Paramedics
14451 Highway 7
Minnetonka, MN 55345

S/ Nancy Lair